WILLIAM M. SHERNOFF #38856
TRAVIS M. CORBY #268633
HOWARD S. SHERNOFF, OF COUNSEL #263556
**SHERNOFF BIDART ECHEVERRIA LLP**
301 N. Canon Drive, Suite 200
Beverly Hills, California 90210
Phone: (310) 246-0503
Fax: (310) 246-0380

*Attorneys for Plaintiffs*

MANATT, PHELPS & PHILLIPS, LLP
JOHN M. LEBLANC (Bar No. 155842)
E-mail: jleblanc@manatt.com
ILEANA M. HERNANDEZ (Bar No. 198906)
E-mail: ihernandez@manatt.com
JUSTIN JONES RODRIGUEZ (Bar No. 279080)
E-mail: jjrodriguez@manatt.com
DANIEL ARKOF (Bar No. 305138)
E-mail: darkof@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
California Physicians' Service dba Blue Shield of California

FILED
CLERK, U.S. DISTRICT COURT
OCT 1 5 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GABE and PATRICIA SOUMAKIAN, individually and as successors in interest to THE ESTATE OF BRIAN SOUMAKIAN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CALIFORNIA PHYSICIANS SERVICE, DBA, BLUE SHIELD OF CALIFORNIA; and DOES 1 through 10,<br><br>　　　　Defendants. | No. 2:19-cv-07697-SVW-JEM<br><br>Judge Stephen V. Wilson<br>Courroom 10A<br><br>**[PROPOSED] ORDER APPROVING STIPULATION AND REMANDING CASE TO STATE COURT**<br><br>Action Removed: Sept. 5, 2019 |

# [PROPOSED] ORDER

The Court, having considered the October 10, 2019 Stipulation to Remand Case to State Court, and good cause appearing,

ORDERS THAT:

1. The Stipulation is approved; and

2. The action entitled *Gabe and Patricia Soumakian, individually and as successors in interest to The Estate of Brian Soumakian v. California Physicians Service, dba, Blue Shield of California; and Does 1 through 10*, Central District of California Case No. 2:19-cv-07697-SVW-JEM, is remanded to the Superior Court of the State of California for the County of Los Angeles, Department 30, Case No. 19STCV26863, without prejudice to seeking removal at a later time to the extent permitted by law.

IT IS SO ORDERED.

Dated: 10/15/19

Hon. Stephen V. Wilson
United States District Court Judge

325274040.2